

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-16-00270-CV |
| In the Matter of the Estate of Mario Zerboni, Deceased. | § | Appeal from the |
| | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 2010-P01056) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **March 1, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Cori A. Harbour-Valdez, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before March 1, 2017.

IT IS SO ORDERED this 30th day of January, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.